**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00344-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BYRON TYROME TODD,

    Plaintiff,

v.

UNITED STATES,
U.S. PERSONS, and
THE WORLD BANK,

    Defendants

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Byron Tyrome Todd currently is detained at the El Paso County Criminal Justice Center in Colorado Springs, Colorado.  On February 18, 2015, Plaintiff submitted a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), Plaintiff will be directed to cure the following if he wishes to pursue this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _\_\_   is not submitted
(2)   \_\_\_   is missing affidavit
(3)   _X_   the certified prisoner's trust fund statement for the **6-month period**

       **immediately preceding** this filing has been blacked over so part of Plaintiff's financial transactions for the months included in the last six months are not readable

(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    _X_    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form
(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)  ___    other :

**Complaint, Petition or Application**:
(11)  ___    is not submitted
(12)  ___    is not on proper form
(13)  ___    is missing an original signature by the prisoner
(14)  ___    is missing page nos. ___
(15)  ___    uses et al. instead of listing all parties in caption
(16)  ___    names in caption do not match names in text
(17)  ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___    other:

Accordingly, it is

       ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

       FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form used in filing a 28 U.S.C. § 1915 Motion (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, for use in curing the deficiencies.  It is

       FURTHER ORDERED that Plaintiff provide a certified account statement that visibly includes the financial transactions for all six months prior to the date this action

was filed.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 19, 2015, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Gordon P. Gallagher
                                      United States Magistrate Judge