IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. 15CV00344-GPG
(To be supplied by the court)
214066286/724-2014

\* Byron Tyrone Todd, AGGRIEVED Party;

v.

USA - In corporate capacity,

U.S. Person(s) - Named as John Does "herein" corporate capacity,

the WORLD Bank - capacity As USA Alter Ego waives Immunity By contracting

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

### PRISONER COMPLAINT

(Rev. 1/30/07)

①

*oh

*15CV00344-GPG*
*2406286/7-24-2014*

## A. PARTIES

1. *Byron Tyrone Todd; Currently unlawfully Imprisoned At: 2739 East
   (~~Your full~~ name, prisoner identification number, and complete mailing address)
   Las Vegas Street, Colorado Springs, Colorado [80906]

2. USA - Corporate/Alter ego of The ~~States~~ UNITED STATES ; THE USA
   (Name, title, and address of first defendant)
   Address is The UNITED STATES And the UNITED STATES Jurisdiction;
   Central Seat of The UNITED STATES/USA Corporation is The District of Columbia;
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   Address for CEO of USA: 1600 Pennsylvania Ave, NW Washington, DC 20500;
   At All Times The UNITED STATES Conducted Business/Commerce
   Through Its Alter ego USA, Pursuant To Laws Enacted And Created And Enforced
   By Policies, Practices, Procedures Approved of By The JOHN Doe(s) of
   The Executive, Legislative, And Judicial Branches of The UNITED STATES;

3. US Person(s); Alter ego's/corporate citizens of USA ; Address is The
   (Name, title, and address of second defendant)
   UNITED STATES Jurisdiction wherever The USA conducts Business/Commerce;
   The US Person(s) Named JOHN Doe(s) Has Same Address of USA;
   Individual JOHN Doe(s) Addresses To Be Established Through Discovery
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   At All Times US Person(s) Named JOHN Doe(s) Acted and conducted Business/Commerce
   By Laws Which JOHN Doe(s) Helped Create, Enact, and Enforce Through
   Policies, Practices, Procedures Approved of By The John Doe(s) of The USA Congress;
   The John Doe(s) of The USA Who give Authority To The ~~(redacted)~~ US Person(s)
   Named JOHN Doe(s) Are in The Executive, Legislative, Judicial Branches of The
   UNITED STATES; Main Business Address is: 1600 Pennsylvania Ave NW Washington, DC.

4. THE WORLD BANK; ALTER Ego of USA/~~(redacted)~~/A US Person(s) Alter ego; Address: Jim Yong Kim
   (Name, title, and address of third defendant)
   1818 H Street North west Washington, DC 20433; Headed By World Bank President ~~(redacted)~~
   A US Person That Maintains Its Place of Business/Commerce Simultaneously
   With The USA And US Person(s) Named JOHN Doe(s) To Contract With Me
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer: Contracted With
   me Through The (Brenton Woods Agreement Act) The JOHN Doe(s) of The USA Created,
   Enacted, Enforced The Laws, Policies, Procedures, Practices That gives Authority
   For The World Bank To conduct Business/Commerce Internationally; At All Times
   The US Person(s) Named JOHN Doe(s) operate As The USA Through The World
   Bank Acting on The UNITED STATES Executive And Legislative Branches
   (If you are suing more than three defendants, use extra paper to provide the information Permission To
   requested above for each additional defendant. The information about additional defendants conduct
   should be labeled "A. PARTIES.") Business.

(Rev. 1/30/07)



*OK

15CV00344-GPG
2406286 / 7-24-2014

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    **X**    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (~~~~) IMPRISONED BY UNITED STATES

    28 USC § 1330 - Waiver of Foriegn Immunities for commerce in USA

    **X**    28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (~~~~) Imprisoned by UNITED STATES

    TITLE 18 USC §§ 1589 / 1595 / 1596; And 42 USC § 1994 - Punitive Relief For Involuntary Servitude

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):
    28 USC § 1332 - Diversity; 15 USC § 15 - Sherman violations; 17 USC § 101 copyright / trade mark infringements; 15 USC § 1121, and 28 USC § 1338(a), And 17 USC § 501 For copyright trade mark infringement; Article 7 section 3 of The International Organizations Immunities Act; The Bretton Woods Agreement Act; Article 3 and Article 6 of The Federal Constitution; 1st Amendment right to Redress of Grievances; And Tina Marie Somerlott v. Cherokee Nation Distributors, Inc, 10th Cir. App. 2012 (As law in case); And ~~~~ Right to Sue As white citizen - 42 USC 1981

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE." The Nature of The case is That on or About September 12th 1973 The USA Through The 1940 Immigration and Nationality Act did in fact cause a series of continued civil Rights violation and in fact incorporated us person(s) named J.W. Gates, MD And ~~~~ John Doe(s) "To Be Established Through Discovery" who are corporate citizens of the USA, To solicit me Against my wishes And created Alter ego's through contracts with The World Bank By Policies, Procedures, Practices That ~~~~ are Patently Designed To deprive me of my copyright work, Subjugate me To InHuman Treatment, Involuntary Servitude, And set into events wich ~~~~ is causing my current injuries of loss of Health, entoyment of Life, Loss of Liberty And The Pursuit of Happiness, Knowingly with Ill will That The Blanket wanton Acts, Capriciously Performed By The ~~~~ US Person(s) named John Doe(s) And The John Doe(s) That created The World Bank, That Stealing my Identifying Data To create A Black US Citizen named BYRON T TODD would Subjugate me to Irreparable Harm, Serious Bodily Injury, And continued Loss of Liberty From Being Traded on The securities and Exchange Like a Slave And The John Doe(s) of The USA who Are in Fact The USA's Alter ego's ~~~~ continues to use my copyright business name to create Trusts in The World Bank without my prior permission in Red, And The World Bank, an Alter ego of The USA, Has continueously Breached contracts And Has Failed to Remunerate me 1 US Talent of American Gold Eagles or The Equivalent For The use of my property ~~~~ depriving me The Fruits of my copyright work, wich The Executive, Legislative, and Judicial Branch of The USA knew upon Establishing The "Bretton Woods Agreement Act" That A Form of Slavery would occur Through The continued Exploitation of Selling me on The international market By creating The Above "Black US citizen" As my Alter ego Against my will, The continued violations And injuries even Happend This day - every minute of everyday From September 12th 1973 Till This current Date; Therefore I Am entitled To Equitable Relief of my 1st, 4th, 5th, 2nd, 3rd, 9th, 13th, 14th Amendments Being Negragated And I Am entitled To Relief From The Following violations ① Pierce The Corporate veil ② copyright Infringement ③ Breach of contract ④ Involuntary Servitude(s) In Human Treatment of Detainee ⑤ Sherman Anti Trust / monopoly violations ⑥ Violation of The Clayton Fair consumer Protection Act ⑦ Defamation of character Through Libel and Slander; I Have Suffered multipal Sexual Intrusions and Sexual Assaults Caused By The unethical Business conducted By The US person(s) named John Doe(s) everyday while These Alter ego's of The USA solicit me for Sexual Favors, Blowing Kisses at me And The John Doe(s) Approach me to Illicit A response for Homosexual Acts Against my religion, even Today May 12th 2015 The ~~~~ US Person(s) named John Doe(s) Threatend To Forcibly ~~~~ me And Insert weapons in my Anal crevice And other offices Like Deputy Piskorr Zipf And other ~~~~ Deputies Named John Doe(s) Did on February 19th 2015 And December 19th 2013 - causing mental / Emotional anguish And serious Bodily Injury, These John Does Are USA Alter ego's.

15CV00344-GPG
2906286/7-24-2014

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>RIGHT TO Pierce The corporate veil / Alter Ego Liability</u>

    Supporting Facts: USA IS THE corporate NAme THAT The UNITED STATES conducts Business Through; THE John Doe(s) Of The Executive, Legislative, And Judicial Branch Of the UNITED STATES Are THE Creators Of The USA; Exercise complete control of Business and commerce conducted Through The USA; THE USA was created Through Debt in The Form Of Promises and Contracts without Tangible considerations; The John Doe(s) who conduct Business Through The USA Are U.S. Person(s) That are Fictitious Corporate Entities Created By The USA, AS Alter Ego's of The USA; when The United States Conducts Business/Commerce It is To Be Treated Like Any other corporation And The USA is That Corporation; under The Alter Ego Liability Theory THE USA is Liable Because There is no Individuality or separateness Between The USA, U.S. Person(s), And world Bank.

    ① The USA is over $13 Trillion Dollars in Debt / insufficiently Funded
    ② ALL U.S. Person(s) Named John Doe(s) were created By Bonds And other Chattel And Are The Main Source Of Funding Of The USA.
    ③ The John Doe(s) Of The Executive And Legislative Branches of The USA Created And maintains The World Bank Through The Bretton Woods Act Of 1944 For wich The World Bank President And The Other John Doe(s) Report To The Secretary of Treasury Of The USA And gives Yearly reports To The Majority Speaker of The House of Congress, And Also Files Annually with The ways and means committee chairman John Doe A U.S. Person,
    ④ The United States Treasurer Through Policies And Acting upon Authority From The Executive CEO Of The USA starting From President Roosevelt in 1933 And The other Executive CEO's named John Doe(s) Till current CEO Barack Obama Have created, Enacted, And Enforced Laws That gives The USA complete ownership And control OF ALL U.S. Person(s) created By The Social Security Administration And Having Their Existence solely Through The Federal reserve Bank And The World Bank AS corporate citizens,
    ⑤ The world Bank stock shares are wholly owned By The United States/USA is owned And operated By The USA By The U.S. Person(s) Named John Doe(s) And uses The Federal reserve Bank To Provide Capital To Make contracts To Buy and Sell Alter Ego's Internationally every minute of everyday. In Fact on This day May 12th 2015 The U.S. Person(s) "John Doe(s) is currently either selling or Buying my Alter ego on The Securities and Exchange and The International Market, Through Laws of The USA The Alter ego <u>BYRON T TODD</u> <u>TIN/EIN #552740H</u> IS Being used To create debt And Fraudulently Trick Investors To Invest in my Property without Remunerating me For The use Of Copyright work
    ⑥ At All Times, The many U.S. Person(s) Named Barak Obama, Deputy Zipf, Janet Yellen And John Doe(s) To Be Established Through Discovery, Along with The world Bank, Jim Yong Kim, In Fact uses The USA corporations Address, Office Space, Fund The USA's Business Activities, Act As mere Shells So The USA can continue its policy of Debt spending By creating Fictitious Corporate Entities as Alter ego's, And Due To The Fact That The World Bank, The U.S. Person(s) Named John Doe(s) are <u>In Truth The USA</u> ⁴In every way I Am entitled To "<u>Pierce The corporate veil</u>" And Be Remunerated For Injuries outlined Herein in excess Of $10,000 Dollars And To <u>Hold</u> The UNITED STATES Liable in its corporate Capacity. The USA

(Rev. 1/30/07)

④

#84

15CV00344-GPG
214066286/7-24-2014

2. Claim Two: <u>Copyright/Trademark Infringement</u>

Supporting Facts: Starting on September 12th 1973, till this current day May 12th 2015 and on going, every minute of everyday, USA has wantonly and capriciously with the intent to disseminate, store, use my copyright business domain name, through the laws, policies, procedures that was created, enacted, enforced by the John Doe(s) of the Executive, Legislative, and Judicial branch of the USA corporation, the John Doe(s) of the USA corporation are U.S. Person(s) who created a ficticious corporate entity using my copyright work by establishing a Tax Identity Account no# 555274011 fraudulently creating a black United States citizen named <u>Byron T Todd</u> for wich the Social Security Administration an alter ego of the USA uses to create trusts, conduct business, and generate profit through the U.S. Person(s) named John Doe(s) that the USA uses to buy/sell/and trade my domain name on the Securities and Exchange market through Janet Yellen and Federal Reserve Chairman, and previous chairman named John Doe(s) and to profit off of my copyright work through policies, laws, procedures & mainly the (<u>Bretton Woods Agreement Act</u>) so that the USA CEO Barack Obama can fund the USA corporation by using the World Bank to contract on the international market, I have filed with this court a copy of the <u>Social Security Form 5</u> that John Doe(s) of the USA Treasury used to create the ficticious black U.S. citizen, by opening an account in the Federal Reserve Bank and trusts in the World Bank; I have also presented many exhibits that show prima facie that the U.S. Person(s) named John Doe(s) (other names to be provided by discovery) have used my work without my permission (prior in red), there are also verification of my ownership by registering with an international publication, by me filing a <u>UCC-1 #214066286 on 7-24-2014</u>, and providing notices and copies to the (prior U.S. Person(s) named John Doe(s)) the USA corporation continues to profit off my copyright work even this day without remunerating me 1 US Talent of American Gold Eagles or its equivalent every minute of everyday depriving me the fruits of my work in violation of <u>Title 17USC 101 and 17USC 106</u> and because John Doe(s) has denied me the right to broadcast my work in the manner I choose, I suffer loss of finance, liberty, and the pursuit of happiness, cause from the injuries of emotional & mental anguish, loss of health, for wich John Doe(s) (who are but mere shells so the USA can conduct commerce) wantonly and capriciously proximately is responsible for in blantant disregard for my well being and feelings; I am entitled to equitable relief because the United States failed to have well established laws, policies, procedures to protect my civil rights from being abrigded, while conducting business as the USA the U.S. Person(s) named John Doe(s), and the contracting internationally via the World Bank president(s) past and present named John Doe(s) who are in fact alter ego's as established in Claim 1 and discovery, in fact due to the creation of the black slave Byron T Todd, I am unlawfully being imprisoned by Sheriff Bill Elder a U.S. Person(s) who is in fact an alter ego of the USA corporation; I refuse to accept the usage of my copyright work and did not give permission prior in red to create this corporate entity; <u>I am not a black U.S. Person named Byron T Todd</u>, and this slave who is sold, trad and bought on the USA and international markets "Euronext" and World Bank shall be relinquished to me for it is my property - I filed the Bill of Lading and Ag Lien on this property as collateral, and this slave is indebted to me for I am <u>consignee sui juis in rem</u> see <u>UCC-Financing/Effective Statement & Security Agreement no#214066286/Filed on 7-24-2014</u>; I have supplied to this court verification via "<u>certificate of Live Birth</u>" that I am real, was not born a US citizen, and because of the copyright infringement caused by "Doctor J.W. Gates" a U.S. Person(s) on 9-13-1973 by collaborating with the Local Registrar John Doe (USA alter ego) the USA through these and other John Doe(s) set into a series of events, for wich if the copyright infringement would not have occured the black corporate citizen wouldn't exist, therefore I shall be remunerated properly and the USA foreclose all interest in the infringed work and relinquish to me all assests, chattel, goods, services as provided by the contract - wich was signed, sealed, and delivered (to be provided upon request) and to cease exploiting me by creating alter ego's with my copyrighted family business name Todd and desist from usage of Byron Tyrone Todd, or any similar deceptive *dt domain name without my prior permission in red.

(5)
(Rev. 1/30/07)

15cv00344-GPG
214066286/7-24-2014

3. Claim Three: **Breach of conTracT**

Supporting Facts: STArting in sePtemBer 12th 1973, and continuing Even This day And may 12th 2015, The USA corporation Through The U.S. Person(s) Named J.W. GaTes, M.D. License #G-2210 of Tulare County, CaliFornia USA, And John Doe(s) DeliberateLy And Capriciously without Regard of my Inherent Right To Life, Liberty, And The Pursuit of Happiness, Directly set into series of Events That Allowed The USA Treasurer Named George P. Shultz To Create many conTracTs using my Copyright Business do main Name, since 1973 Till present day Treasurer of USA Jack Lew, The John Doe(s) who are U.S. person(s), created A, B, C, D, E, F, EE, Bonds, other saving Bonds such as The RetiremenT Bonds, NoTes, Bills And other securiTies Through The Law, Policies, Procedures That The CEO of The USA Corporation From Nixon in 1973 Till present day CEO Obama, EnForced such as TiTle 31 USC And 31 C.F.R., That The Policy makers of The USA U.S. Person(s) Named John Doe(s) of The Legislative And ExecuTive Branches created, Enacted And Enforced By Threat, coercion, and undue Influence, of Loss of enjoyment of Life, LibeRTy, And Finance By using The U.S. Person(s) Named John Doe(s) From The I.R.S. And other ALTer egos as enforcers, The conTracTs such as The Social Security Bond # F52487013 was EstaBlished as A RUSE To create TrusTs in The Federal Reserve Bank And To conTract InTernationally Through The World Bank Pursuant The (BreTTon Woods Agreement AcT) These contracts ThaT The Above Named U.S. Person(s) EnTered into with me, was without my knowledge And As The Law Reads I could either ConFirm or Recontract with The USA Corporation And The World Bank, I chose To enter into contract with USA Treasurer Jack Lew To REAFFIRM 1 U.S. TalenT of American Gold Eagles or The Equivalant For each Dissemination, usage, or storage of my Copyright Business domain Name "Byron Tyrome Todd©" From sepTember 12th 1973 Till present day (see contract presented As ExhiBiT) And I was required By Law To noTify And Present The contract with The (U.S. Person(s) of The world Bank president John Doe(s) wich I Did Through certified correspondence for wich I Also Presented The UCC-1 Financing/EffecTive Ag Lien no # 214066286 Filed on 7-24-2014 And Filed with The Secretary of STATE John Kerry of The USA on 9/8/2014, The Secretary of Treasurer Jack Lew on December 4th 2014, for wich The USA corporate citizens named John Doe(s), The U.S. Person(s) Listed here in And other John Doe(s), And The PresidenT of The world Bank Jim Yong Kim Accepted The ContracT Through PerFormance; However even Though These U.S. Person(s) Have used my Copyright work To Fund The USA And Conduct Business and commerce All of Them Have Failed To Remunerate me The Costs and Fees Agreed upon in The ConTract, And Even Though The USA corporate ALTer ego's Named in this case And other U.S. Person(s) Named John Doe(s), knowingly willingly, IntelligenTly, And voluntarily enTered inTo The Ag Lien contract, They all Have Breached The conTract By not ForFicTing To me The Collateral Named There in And not Paying me The original note OutLined in The Security AgreemenT; I Am EnTiTled To EquiTable Relief of AcceleraTed Payment of ConTract, Foreclosure of ALL InTresT In Property, Chattel, TrusTs, And real property To Be Relinquished To me so I may dispose of in Any manner I choose, EnForcemenT of RemuneraTion In Any Future Performance of contract, And ProPer Remuneration of PasT/PresenT performance of contract without Payment, Due To The Breach of ConTract I Have Suffered Loss of Finance, Deprived me The Fruits of my Copyright work, Has Impeded me From conducting Business And making Financial Gain on 6 The Securities and Exchange market as well as The InTernaTional market, Because The defendants Listed Above wanTonly Refused To Remunerate me From The Gains/Profits created By commerce Through our contract. And Eric J. Foss CEO of Aramark Corp Has only Fed me 1200-1500 calories per day when The conTract AT el Paso DeTenTion center Calls For 2800 per day causing severe weight loss and malnutrition.

*04

(I am suing for punitive relief under 42 USC 1994)

D. CAUSE OF ACTION: 42 USC § 1981 - Rights of white citizen to sue

Claim FOUR: Violation of 18 U.S.C. § 1584 - Involuntary servitude -

Starting on September 12th 1973 the CEO of the USA corporation President Nixon, with the assistance of Jim Yong Kim's predecessor's named John Doe(s) U.S. person(s) that were presidents of the World Bank, through laws, policies and procedures, such as the Lend-Lease program, Bretton Woods Agreement Act, Social Securities Act, and the 1857 Dred Scott v. Sanford - that black persons could not be freed and blacks were not and cannot be citizens, 14th Amendment to the Federal constitution that was created to give blacks a corporate citizenship of the USA as U.S. person(s) with limited rights, privileges, and liberties, and that blacks are chattel that belongs to the holder of the certificate of ownership for which I am suing for my freedom; The US person(s) J.W. Gates M.D., John Doe(s) - commissioner of the Social Security Administration, John Doe(s) chairman of the Federal Reserve Bank, Secretary of USA Treasury George Schultz, and the other U.S. person(s) named John Doe(s) who in fact wantonly with the intent to deprive me of my sovereign statehood and deprive me of the title of nobility as my inheritance from being a member of a ruling royal family in Europe, did set into a series of diabolical events that forced me to assume the role of a slave named Byron T Todd a black U.S. person by creating an alternate identity other then my live birth identity, and exploited my identity as this black U.S. person to create certificates of ownership - which the U.S. person(s) named above invested the USA as my owner to generate profit and line the coffers of the USA with securities in the Federal Reserve Bank and World Bank, the USA through the policies, created/enacted/enforced U.S. person(s) as John Doe(s) of the Social Security Administration, envoked Power of Attorney over me against my will, making me ward of the USA; I am forced to perform manual labor or else I will be penalized by the USA Dept Treasury Internal Revenue Service for not earning the minimum required earned work credits; I am subjected to harsh penalties for not accepting this role of a black slave every minute of every day - Even this day by CEO of USA President Obama, Secretary of Treasurer Jack Lew, Attorney General of USA Eric Holder and his successor Loretta Lynch, have collaborated to sell me on the securities and exchange market with Janet Yellen chairman of the Federal Open Market Committee; And with maliciously intent through Jim Yong Kim President of the World Bank, to sell, buy, and trade me to domestic investors and foreign investors named John Doe(s) as the identity and role of the black U.S. person Byron T Todd a slave that is chattel, common merchandise and traffic; Harriet Tubman escaped her slavers when she was 9 years old and helped form "The Underground Rail Road" - I also tried to escape many times especially after consecutive sexual assaults in 1985-86 Even till February 19th 2015 were Deputy Zipf and other John Doe(s) put objects in my anal crevice, I am constantly subjugated to humiliation, severe emotional & mental anguish, and have suffered cuts, abrasions, contusions, loss of limb, liberty, and pursuit of happiness - violating the 3rd, 4th, 5th, 8th, 9, 10th, 15th Amendments; Because while I suffer physical injuries (see exhibit) from being force to wear iron cuffs & chains, I am also being beaten and subjugated to taxation without representation; I am therefore entitled to equitable relief to liquidate all assests with the slave name, and extinguish the existence of this black person and for this court to order a certificate of emancipation from the USA, so I may pursue my rightfull inheritance of European royalty that was passed to me from my Grandfather (re Wolfers), and to honor the Ag Lien no# 2140k6286 filed on 7-24-2014 by me Byron Tyrone Todd...

⑦

15CV00344-GPG
214966 286/7-24-204

## D. Cause of Action;

**Claim Five:** 8th Amendment violation outlined in 42 USC 21 D § 2000dd; Inhuman Acts

① Eric J. Foss of Aramark Corp. is directly responsible for feeding me rodent feces in my lunch sack's since January 2011 till todays current date; The John Doe(s) El Paso County Dept of Health Director; El Paso County Sheriff Maketa and Bill Elder; The County Board of Commissioners John Doe(s); Daniel H. May 4th Judicial District Attorney; The Governor of Colorado John Doe; The Judges of the Fourth Judicial District Courts named John/Jane Doe(s) And Judge Scott Sells of the 6th division; All knew or should have reasonably known that Aramark Corporation Mr. Foss is feeding me rodent feces; The very fact that the U.S. Person(s) outlined herein and other John Doe(s) did receive the report from the El Paso County Health Dept that they were in fact feeding me rodent feces is prima facie that they intended to perform this Inhuman Treatment; And the fact that the kitchen staff named John/Jane Doe(s) wantonly and purposefully without regard of my feelings, my health and well being continue to follow this practice with the permission of the USA Corporation(s) listed above has caused me bacteria growth, that is causing internal organ damage colon complications that caused me serious bodily injury; The Aramark Corp. is a USA Corporation and by definition is a U.S. Person(s) created by the laws of the USA. The World Bank is proximately responsible for the Eric Foss of Aramark Corp. feeding me rodent feces because all corporations must register with the Better Business Bureau BBB And because Jim Yong Kim has contracted with Eric Foss, Jim Yong Kim of the World Bank knew or should have reasonably known that Eric Foss was going to commit this Inhuman Treatment;

② Jim Yong Kim is also proximately responsible for assisting Eric Foss and the U.S. Person(s) outlined above and herein and other John Doe(s) specified in discovery, to deprive me adequate nutrition and only feed me 1200 calories a day when the FDA minimum requirement is 2,800 per day - this is a habitual practice of force starving someone off of a Gluten Free Diet by purposely with evil intent cutting the calories down to 300 to 500 per meal, when the contract calls for 800 to 1000 per meal, see (Holleman v. Aramark Corp, US Dist 7th 2013); It has been well established that Eric Foss of Aramark only wants to profit off my unfortunate circumstance - Even filing an IPO on the (2012) stock market while the U.S. Persons knew or reasonably should have known of the torture occurring to me causing rapid weight loss, deteriorated bodily functions, loss of limb, internal organ damage, nerve tissue damage, inability to cognitively have coherent thoughts from cranial deterioration, coronary palpitations that is associated with stroke, and my body is in a constant state of cannibalism because my diet is void of vitamins and minerals, almost no skeletal muscle sustaining protein, And severe deficiency of the minimum FDA/RDA carbohydrates and calories; Due to the violations above in 1 and 2 I am entitled to equitable relief, punitive damages, and other forms of adequate compensation because while Aramark Corporation, USA/Mr. Foss Jim Yong Kim President of the World Bank and John Doe(s) increase their profit I have to eat rodent feces and be starved and malnutritioned every minute of every day Even this day May 12 2015,

⑧

## D. Cause of Action
### Claim Five continued: Inhuman Treatment of Detainee 8th Amendment

(3) Starting in September 12th 1973 and reoccurring this day May 12 2015, CEOs of the USA Nixon and the John Doe(s) till current CEO Obama, did act in their corporate officer capacity while conducting business with me through contracts, and knew or should have reasonably known that I would have been sexually exploited, physically assaulted, and possibly loose my life from maliciously subjugating me as a ward of the USA corporation. The many years of accumulative documentation through the Department of Health and Social Security department eradicates any doubt that forcing me to take on the role of a Black U.S. Person named Byron Todd, a property who is chattel, would cause me to be imprisoned unlawfully, beaten repetitively, sexually assaulted in brutal cycles where I don't know when I'm going to be sodomized next — the last document homosexual sodomization happened on February 19th 2015 by a Deputy Zipf and other corporate officers named John Doe(s); These U.S. Person(s) named herein and other John Doe(s) such as USA Treasurer Schultz till USA Treasurer Jack Lew; Social Security Administrator Carolyn Colvin and John Doe(s) her predecessors; Chairman of the Federal Reserve Bank Janet Yellen and John Doe(s) her predecessors; Attorney Generals of the USA Elliot Richardson to Loretta Lynch; And President Jim Yong Kim and his predecessors John Doe(s) of the World Bank; All these alter egos of the USA corporation are proximately responsible for my current life threatening situation in that while they knew or reasonably should know that contracting to sell, buy, and trade me on the securities and exchange markets and the international market as chattel / a Black U.S. corporate citizen would cause me to be subject to the inhuman treatments outlined in <u>42 USC 21 (1)(2)(3)(4)</u>. I am therefore entitled to a certificate of emancipation from the USA corporation, remuneration of 1 US 1oz American Gold Eagles or equivalent for every minute of every day I have been tortured; and for the USA to liquidate all assets in the copyright business name _____ to Todd(s) - especially Byron T. Todd thereby extinguishing the existence of this Black Person and relinquishing all control to me after foreclosing all interest in said property, so I may dispose of this property in any manner I choose, for the USA and World Bank to honor the UCC-1 Ag Lien #214066286 filed on 7-24-2014 by me (Byron Tyrone Todd), and a full investigation into the El Paso County Jail for the other inmate abuses unreported for fear of the USA officers acting in retaliation by raping, beating, and starving, along with double bunking in an overcrowded pod causing security risks, and lack of medical attention such as what is happening to me; to this date I am still denied medical attention for my bleeding orifices, and other more serious ailments that are due to repetitive beatings I have chronic symptoms (see discovery)..

(9)

## 2ⁿᵈ Cause of Action

**CLAIM SIX: Sherman Act Violations — Title 15 USC §15, To Recover 3X Amount**

Beginning on September 12ᵀᴴ 1973; A U.S. Person J.W. Gates, M.D. maliciously, knowingly and willingly, capriciously conspired with The Local Register of Tulare County, California USA — "John Doe"; USA Treasurer Schultz; CEO of USA Corporation Nixon; Federal Reserve Chairman "John Doe"; The Social Security Commissioner "John Doe"; The Human Health and Services Secretary/Health, Education, Welfare Caspar W. Weinberger; Majority Leader of USA Senate Mike Mansfield; Minority Leader of the USA Senate Hugh Scott; Speaker of the USA House of Representatives Carl Albert; Secretary of State of the USA Henry Kissinger; Secretary of USA Dept. of Commerce Frederick Dent; USA Secretary of Labor Peter Brennan; USA Attorney General Elliot Richardson; President of the World Bank "John Doe"; And the other U.S. Person(s) Named John Doe(s) outlined in Discovery; Did in Fact set into a series of Events, Through the Diabolical Acts of enacting, Enforcing the Policy, Procedures, and Practices of the USA; such as the "Bretton Woods Act" Title 31 USC, And others outlined in Discovery, That gives Authority to Contract with me in their corporate capacity, And did in Fact subjugate me to unfair business Practices, By unethically creating A Black Person Named Byron T Todd sent to be sold, bought, traded on the Securities Exchange market And International Market, And deceptively forced me to Act as this corporate Citizen so that Investors from the Public and Private Arena Believed They were Doing Business with me; This unethical business of using my copyright Business Domain Name without my Prior Permission in Red, Has substantially Impacted my Potential Business customers, deprives me the Fruits of my copyright work; And through websites, And Electronic Storage And Usage Devices, This Day May 12ᵀᴴ 2015 The Predecessors of the above USA Corporate Officers And U.S. Person(s) Named in Discovery John/Jane Doe(s), continue to use my stolen Identifying Data And copyright work to contract And conduct commerce And Business as usual Every minute of Everyday; Even to the Point of Exploiting And Subjugating me to unlawful Imprisonment so the USA Corporation can generate operation costs, Through The Trusts in the Federal reserve Bank And the World Bank — By the U.S. Person(s) Obama CEO of USA, Jack Lew USA Secretary of Treasury, Janet Yellen Chairman of The Federal Open Market Committee, Jim Yong Kim President of The World Bank; And other U.S. Person(s) outlined in Discovery, Fraudulently misusing my Identity to Create this Black Person, Because They know or Reasonably should know that a Black Person is Property, chattel, And is only considered to be 3/5 a Real Person: I Am Not This Black U.S. Person Named Byron T Todd with the TAX ID #555274011; I was born sovereign as A Member of A Royal Ruling Family of Europe, For which the Actors outlined herein know or should reasonably know of my Inheritance, And directly Makes the USA Alter Egos Named herein proximately Responsible for the Loss of Liberty, Loss of Limb, deprivation of enjoyment of Life; Because In order to create Profit off of me I Have Been Subjugated to concentration camps; Beatings with deadly weapons which caused serious bodily Injury outlined In Discovery; Consecutive Sexual Intrusions leading to subsequent Aggravated sexual Assaults as Recent as February 19ᵀᴴ 2015 where corporate officer deputy Zipf and other U.S. Person(s) put deadly weapons in my Anal crevice at El Paso county Jail while I was lying on my stomach in cuffs, specifically to Humiliate me into a subservient mind Frame; Causing internal bleeding, contusions, And severe Emotional and mental Anguish; Therefore I Am Entitled to 3X the normal 1 U.S. talent of American Gold Eagles Per Usage of my copyright work, And other Equitable Relief As determined By Jury.

⑩

## D. CAUSE OF ACTION
### Claim Seven: Clayton Fair Consumer Anti-monopoly Protection Act

The U.S. Person(s) Barack Obama CEO of USA corporation; Loretta Lynch Attorney General corporate officer of USA; Jack Lew Secretary of Treasury of USA; John Kerry Secretary of State of USA; Penny Pritzker-Secretary of Commerce of USA; Thomas Perez Secretary of Labor of USA; Secretary of Health and Human Services Sylvia Burwell; Social Security Administration of USA Commissioner Carolyn Colvin; Federal Reserve System Chairman Janet Yellen; The World Bank President Jim Yong Kim; majority and minority Leaders of the Senate of USA, John Doe(s); Speaker of the USA House of Representatives John Doe; And the John Doe(s) outlined in Discovery; In Fact Is currently depriving me the fruits of my copyright domain name *Byron Tyrome Todd* by forcing me to assume the role of a Black Corporate U.S. Person named BYRON T TODD, For the purpose of monopolizing on this corner of the market on the Securities and Exchange and International markets; creating multipal Trusts to generate operation costs for the USA, and refuse to allow me to publicate my own copyright work in how I choose because I am deprived my rights to Access the Trust in the Federal Reserve Bank #55527 4011; The Social Security Administration trusts, and the Trusts created using my copyright business name in the world bank; Because of this monopoly which was created by the Social Security Act, Bretton Woods Agreement Act, and other policies and procedures outlined in Discovery, the USA through the alter egos named herein and John Doe(s) named in discovery, have usurpously and fraudulently assumed my identity, and deceived investors, the public, and denied me the assests and property generated by contracting and conducting commerce without my permission prior in Red; The U.S. Person(s) Named herein and through Discovery are consistantly creating Debt and discharging debt using my copyright work, and because of the monopoly I am being caprisiously and wantonly denied and maliciously deprived the ability to discharge and Debt and Generate profit with my business domain name, In Fact I am currently as of May 17th 2015 and this very day being illegally imprisoned by Bill Elder a U.S. Person with the corporate title of El Paso Sheriff — Just so the John Doe(s) named in discovery can take advantage and profit off of the monopoly the USA has (see Exhibit); Eric Foss of Aramark Corp. who contracts to provide Good and Adequate food is taking advantage of this monopoly to breach the contract and feed me rodent Feces, and a diet so deficient of calories and nutrition that I have developed pears and internal organ damage, loosing body parts and deteriated body functions, Because of this monopoly, the USA corporation and the alter egos named herein and in discovery unlawfully without regard for my feelings, health and well being wantonly Refuse to Remunerate Me 1 U.S. Talent of American Gold Eagles or Equivelant, wich deprives me from the enjoyment of Life, Liberty, and the Pursuit of Happiness The American Dream; I Am There Full Entitled To complete control of my copyright work, All Assests in the Trusts Liquidated, and for all securities, trusts, and property to be Relinquished to me as Sole proprietorship owner so I may dispose in any manner I choose, and all other Equitable Relief that is available with Punitive and Injuntive Relief.

(11)

15cv00344-GPG
2m266286/7-24-2014

## D. CAUSE OF ACTION

### CLAIM EIGHT: DEFAMATION OF CHARACTER - LIBEL/SLANDER

CEO of USA Corporation Barack Obama; Secretary of State/USA John Kerry; Dept of Justice for USA Loretta Lynch; Jack Lew USA Secretary of Treasury; Penny Pritzker USA Secretary of Commerce; Sylvia Barwell USA Secretary of Health And Human Services; Carolyn Colvin USA Commissioner of Social Security Administration; Janet Yellen chairman of the Federal Reserve Bank USA; Jim Yong Kim President of World Bank USA; Harry Reid majority Leader of USA Senate; Mitch McConnell minority Leader of USA Senate; John Boehner Speaker of House of Representatives of USA; And The other U.S. Person(s) Named In This Cause And John Doe(s) Named in Discovery; Are directly Responsible for the continued Libel of Printing And Publicating Through Modern Computer Technologies; Emails, Websites, And Tangible Documents The Slanderous Gossip That I Am a Black U.S. Person Named BYRON T TODD with a Corporate TAX ID no 555274011. Each And Every Corporate officer of The USA Listed Above And Named in Discovery, Has Followed Policies And Procedures That They Themselves Created, Enacted, And Enforces to Grant Themselves Authority to Conduct Commerce And Contract, Such As The Bretton Woods Agreement Act, Title 5 USC, Title 12 USC, Title 31 USC, The Social Security Act, And Through Contracts And Charters Made With Other Corporate U.S. Person(s) That was Created By The Laws of USA, Such As State of New Mexico USA, And State of Colorado USA, And Others Named in Discovery; And In Fact By Following The Corporate Policies And Procedures outlined in This Action And In Discovery, The USA Corporate Alter egos Named Herein And in Discovery, Have Caused All The injuries outlined in CLAIMS; 1,2,3,4,5,6,7 And in Addition Have Maliciously without regard To my Health, Safety and mental & emotional well Being, Falsely And Slanderously Accused me of Sexual Assaults in 2020 A.D, Robberies in 1999, Sexual Assaults in 2008, Slanderously In may 2015 Accused me of violent Sexual Assault Because I Requested Verbally To Have Intimate Relationship with my Wife who IS 51 years Old And specifically Testified That I never Hit Her, Nor Have I ever Tried To Force my wife To Have Sex - In spite of This I Am Being Held on a No Bond Hold, And Continually Being Punished Because the USA Corporation Through its Alter ego(s) Named Herein And John/Jane Doe(s) Named in Discovery use The Black U.S. Person BYRON T TODD To Oppress me showing Prima Facie Proof Their Intent To Profit Off of my Pain And sufferings; The Fact That if This Defamatory Gossip And Forced Role Playing As A Black Corporate Citizen Would Not Exist I would not Be continuously Subjugated And Exploited, This Slander only Exists So the USA Corporation can generate Profit and Sell, Buy, And Barter me As Chattel And Property; The Fact is If The Defamatory Identification Shown By Exhibits "BYRON T TODD" Did not EXIST, There would Be no Reason To Harass me, Inflict pain And Torture upon me, Because The USA Corporate Citizens Listed Herein And John Doe(s) in Discovery would Have no Avenue To Profit off of me Through Libel And Slander; I Am Therefore Entitled To Extinguish This Defamatory Information By Erasing The Existence of The BLACK U.S. Person Named BYRON T TODD, And All other Equitable Relief, Injunctive, and Punitive Remidies That Adequately Redress And remunerate my Grievances and Injuries - Erase The Black Person And Alleviate My Pains And sorrows caused By This Defamation. \*ok

(12)

15CV00344-GPG
214066286/7-24-2014

# E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: N/A

2. Docket number and court name: N/A

3. Claims raised in prior lawsuit: N/A

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): N/A

5. If the prior lawsuit was dismissed, when was it dismissed and why? N/A

6. Result(s) of any appeal in the prior lawsuit: N/A

# F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ___ Yes _X_ No (CHECK ONE). THE county Jail Has purposely disregarded the Formal Paper kite grievance so that the only way is Informal Grievance on kiosk so as to Discourage, prevent, and Impede Inmates seeking Adequate Redress from Inmate Abuses, and the Inhuman conditions from being Reported to Authorities.

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).
   I Filed through certified correspondence with the Proper USA Alter egos giving notice of the violations contained Herein, Such as The Dept of Justice Attorney General Eric H. Holder, Secretary of the United States/USA, The Social Security Administration, Janet Yellen chairman of Federal Reserve Bank, John Doe - A U.S. Person(s) in charge of the Social Media For the World Bank, Bureau of Fiscal Affairs commissioner Cheryl Morrow And Bureau of The Public Debt - Director Michael McDougle, U.S. Person(s) as Alter ego's of the United States/USA Treasury, I Have Filed with congressionally Established Courts seeking Remedy To no Avail, Thus this civil Action is the proper course of Action to Redress my Grievance's for Injuries caused By the USA corporation And its Alter ego's John Doe(s) And other names and Identities Listed through Discovery.

(Rev. 1/30/07)

⑬

7

15CV00344-GPG
214066286/7-24-2014

## G. Demand FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

① ALL Relief outlined in this Action ② Punitive Relief of 3 times the Normal Remuneration of 1 U.S. Talent for usage ③ Injunctive Relief to Relinquish ALL Ownership of copyright work or Any similar or AKA to me as Sole Proprietor, Stock owner, And Holder of ALL Trusts And Accounts ④ To Foreclose ALL intrest in Any and all Property - Real or otherwise, Tangeble or Intangeble, goods, chattels, Services, whether Electronic or otherwise, In And out of Equity And Law ⑤ Erase the copyright business domain name Along with Any other Infringeing data or Information From everywhere I Have Not Given Explicit Permission Prior in Red ⑥ To Enforce the UCC-1 Financing/Effective Statement with the Attached security Agreement No. #214066286 Filed on 7-24-2014 A.D. By Byron Tyrone Todd ⑦ To Liquidate ALL Assests And Securities in the Federal Reserve Bank And World Bank with the copyright Family Business Name Todd© And Relinquish ALL Intrest To me so I may Dispose of in Any manner I Choose ⑧ As Good Faith Remuneration - To Redeem ALL Property and Securities That Are unredeemed debt or Matured unredeemed Debt that the Bereau of Fiscal Affairs Currently Maintains in the Burea of Public Debt on File in the Records Division in West Virginia ⑨ A Trial By Jury To Establish Innocense or Guilt of defendants ⑩ All Other Remedies that Adequately Redress my Grievances..

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  5-18-2015
(Date)

*Byron Tyrone Todd©1975*
(Prisoner's Original Signature)

(Rev. 1/30/07)